Brian N. Spector - 010112
**SCHNEIDER & ONOFRY, P.C.**
3101 North Central Avenue, Suite 600
Phoenix, Arizona 85012-2658
Telephone: (602) 200-1295
Fax: (602) 230-8985
E-mail: minute-entries@soarizonalaw.com
bspector@soarizonalaw.com
Attorneys for Debtors Barsano

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| In Re:<br><br>EDWARD J. BARSANO AND JEANNE BARSANO,<br><br>Debtors. | Chapter 11<br><br>No. 2:17-bk-11887-BKM<br><br>**REPORT OF PROPERTY SALES** |
|---|---|
| | |

Edward and Jeanne Barsano (the "Barsanos") hereby report and represent as follows:

1. On March 29, 2019, Edward and Jeanne Barsano (the "**Barsanos**") filed a Chapter 11 Plan of Liquidation Dated March 28, 2019 (the "Plan") [Doc. No. 221] and accompanying Disclosure Statement [Doc. No. 222]. The Plan authorizes the Barsanos to

sell their real and personal without further order of the court and for the proceeds to be disbursed in accordance with the Plan. *Id.* The Plan was confirmed on or about May 24, 2019. [Doc. No. 257.]

2. Among the Barsanos' assets was their home at 10727 E. Monument Drive, Scottsdale, AZ 85262 (the "Home"). On or about September 23, 2019, the Barsanos entered into a Purchase and Sale Agreement (the "Purchase Contract") to sell the Home to Gregory and Michelle Fazio for a purchase price of $650,000.00. The sale closed on or about October 18, 2019. Attached hereto as Exhibit A is the escrow agent's Settlement Statement for the sale. The purchase price has been paid in full, distributions have been made to the creditors whose claims were secured by the Home, and title to the Home has been delivered to the buyer. Of those sale proceeds remaining after payoff of liens and costs of sale, (i) $150,000 was transferred to the Barsanos as and for their homestead exemption and (ii) $52,385.30 was transmitted to the trust account of undersigned counsel for distribution to creditors in accordance with the Plan.

3. On or about September 27, 2019, the Barsanos' piano was sold through auctioneer Cunningham and Associates, Inc. generating net proceeds, after sales commissions, of $1,787.50. Attached as Exhibit B is the Settlement Statement. Of those net proceeds, (i) $700 was transferred to the Barsanos as and for their exemption pursuant to A.R.S. §33-1125(2) and (ii) $1,087.50 was transmitted to the trust account of undersigned counsel for distribution to creditors in accordance with the Plan.

4. The Barsanos sold their treadmill for $350 cash.

5. Between July and October 2019, the Barsanos sold, through the RealReal.com, various designer handbags and other accessories, and thereafter received net proceeds from online sales totaling $26,597.98. This amount has been and is being transmitted to the trust account of undersigned counsel for distribution to creditors in accordance with the Plan.

6. I, undersigned counsel, hereby declare that the within and attached statements are true to the best of my knowledge and belief.

Dated as of November 12, 2019.

SCHNEIDER & ONOFRY, P.C.

By  /s/ *Brian N. Spector*
Brian N. Spector
3101 North Central Avenue, Suite 600
Phoenix, Arizona  85012-2658
Attorneys for Debtors Barsano

…..

…..

- 3 -
Case 2:17-bk-11887-BKM    Doc 135    Filed 11/12/19    Entered 11/12/19 10:44:21    Desc
Main Document    Page 3 of 9

# Exhibit A

Pioneer Title Agency, Inc.
0000097
5355 E. High Street, Suite 131 Phoenix, AZ 85054
Phone: (480) 948-3899

File No./Escrow No.: 77700594-077-CHT
Print Date & Time: 10/18/2019 - 3:45:05PM
Officer/Escrow Officer: Christie Turley
Settlement Location: 5355 E. High Street, Suite 131, Phoenix, AZ 85054
Property Address: 10727 E. Monument Drive, Scottsdale, AZ 85262, 216-73-008
Borrower: Gregory Fazio
Michelle Fazio
Seller: Edward J. Barsano
Jeanne C. Barsano
Lender: First State Bank of St. Charles, MO ISAOA
Settlement Date: 10/18/2019
Disbursement Date: 10/18/2019

*This is to certify this is a true and exact copy of the original. By [signature] Pioneer Title Agency*

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | 650,000.00 | Sale Price of Property | 650,000.00 | |
| | | Deposit | | 3,500.00 |
| | | Loan Amount | | 484,350.00 |
| | | Second Loan from TruWest Credit Union | | 100,650.00 |
| | | Lender Credits | (550.00) | |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | 308.22 | HOA 10/18/19 to 01/01/20 | 308.22 | |
| | 59.18 | 2nd HOA 10/18/19 to 01/01/20 | 59.18 | |
| 1,161.65 | | County Taxes 07/01/19 to 10/18/19 | | 1,161.65 |
| | | | | |
| | | **Loan Charges to First State Bank of St. Charles, MO ISAOA** | | |
| | | Processing Fee | 550.00 | |
| | | Underwriting Fee | 700.00 | |
| | | Appraisal Fee to First State Bank of St. Charles, MO ISAOA | 550.00 | |
| | | Credit Report Fee to First State Bank of St. Charles, MO ISAOA | 67.00 | |
| | | Flood Certification to First State Bank of St. Charles, MO ISAOA | 13.00 | |
| | | Prepaid Interest ($49.76 per day from 10/18/19 to 11/01/19) | 696.64 | |

Copyright 2015 American Land Title Association.
All rights reserved.
Page 1 of 3
File #77700594-077-CHT

Case 2:17-bk-11887-BKM    Doc 135    Filed 11/12/19    Entered 11/12/19 10:44:21    Desc
Main Document    Page 5 of 9

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Impounds** | | |
| | | Homeowner's Insurance $222.50 per month for 3 mo. to First State Bank of St. Charles, MO ISAOA | 667.50 | |
| | | Property Taxes $324.16 per month for 3 mo. to First State Bank of St. Charles, MO ISAOA | 972.48 | |
| | | | | |
| | | **Title Charges & Escrow/Settlement Charges** | | |
| | | ALTA Extended Loan Policy (6-17-06) ($484,350.00) to Pioneer Title Agency, Inc. | 1,158.00 | |
| | | ALTA 5-06 Planned Unit Development (2/3/10) to Pioneer Title Agency, Inc. | 100.00 | |
| | | ALTA 8.1-06 Environmental Protection Lien to Pioneer Title Agency, Inc. | 100.00 | |
| | | ALTA 9-06 Restrictions, Encroachments, Minerals - Loan Policy to Pioneer Title Agency, Inc. | 100.00 | |
| 2,396.00 | | ALTA Homeowners Policy (2-3-10) ($650,000.00) to Pioneer Title Agency, Inc. | | |
| | | Closing Protection Letter Fee to First American Title Insurance Company | 25.00 | |
| 811.00 | | Title - Escrow Settlement Fee to Pioneer Title Agency, Inc. | 811.00 | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fee For Deed to Pioneer Title Agency, Inc. | 30.00 | |
| | | Recording Fee For Mortgage to Pioneer Title Agency, Inc. | 30.00 | |
| 30.00 | | Recording Fee For Release to Pioneer Title Agency, Inc. | | |
| | | | | |
| | | **Payoffs** | | |
| 330,929.17 | | Lender: Chase Bank Home | | |
| | | Principal Balance ($306,428.40) | | |
| | | Interest From 10/15/2019 To 10/23/2019 $437.36 ($54.67/day) | | |
| | | Interest from 10/1/18 to 10/15/19 $20,736.38 | | |
| | | Escrow Advance Balance $3,297.03 | | |
| | | Rec $30.00 | | |
| | | | | |
| 108,000.00 | | Lender: Isabel Castro | | |
| | | Principal Balance ($100,000.00) | | |
| | | Interest $8,000.00 | | |
| | | | | |
| | | **Miscellaneous** | | |
| | | Homeowner's Insurance Premium (mo.) | 2,670.00 | |
| 1,944.96 | | Property Taxes (mo.) to Maricopa County Treasurer | | |
| 1,572.51 | | 1st HOA Current Balance to Candlewood Estates at Troon North HOA | | |
| 400.00 | | 1st HOA Disclosure/Transfer Fee to First Service Residential | | |
| 336.81 | | 2nd HOA Current Balance to Troon North Association | | |
| 400.00 | | 2nd HOA Disclosure/Transfer Fee to First Service Residential | | |

Copyright 2015 American Land Title Association.
All rights reserved.

File #77700594-077-CHT

| Seller | | | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| 447,982.10 | 650,367.40 | Subtotals | 659,058.02 | 589,661.65 |
| | | Balance Due From Buyer | | 69,396.37 |
| 202,385.30 | | Proceeds Due Seller | | |
| 650,367.40 | 650,367.40 | Totals | 659,058.02 | 659,058.02 |

Copyright 2015 American Land Title Association.
All rights reserved.

# Exhibit B

# Seller Settlement



Cunningham and Associates, Inc.
PO Box 67087
Phoenix, AZ 85082
Phone: (602) 595-6714
Fax: (602) 595-6813

Invoice #: Edward Barsano-128370-1

## Seller Information

Seller Name: Barsano, Edward
Seller Number: Edward Barsano
Location: 2303 N 44th St, 14 # 1701
Phoenix, AZ 85008
Phone:

## Auction Information

Auction: Baby Grand Pianos, Furniture, Accessories & MORE!
Date: 09/27/2019 16:00
Location: 6520 N. 27th Ave
Phoenix, AZ 85017

| Lot Num | Description | Bid | Lot SubTotal | Comm % | Comm Total | Lot Net |
|---|---|---|---|---|---|---|
| 1998 | Kohler & Campbell baby grand piano - Kohler & Campbell baby grand piano | $2,750.00 | $2,750.00 | 35% | ($962.50) | $1,787.50 |
| 1 | | $2,750.00 | $2,750.00 | | ($962.50) | $1,787.50 |

## Payments

| Date | Payment type | Payment Info | Amount |
|---|---|---|---|
| 10/16/2019 09:52AM | CHECK | Check #: 5760<br>Payable To: EDWARD BARSANO | $1,787.50 |

Total Payments: 1

Total: $1,787.50

| Summary | |
|---|---|
| Auction Gross | $2,750.00 |
| Commissions | ($962.50) |
| Expenses | ($0.00) |
| Credits | $0.00 |
| Auction Net | $1,787.50 |
| Total Paid | $1,787.50 |
| Balance Due | $0.00 |