Brian N. Spector - 010112
**SCHNEIDER & ONOFRY, P.C.**
365 E. Coronado Road
Phoenix, Arizona 85004
Telephone: (602) 200-1295
Fax: (602) 230-8985
E-mail: minute-entries@soarizonalaw.com
bspector@soarizonalaw.com
Attorneys for Debtors Barsano

**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| In re:<br><br>EDWARD J. BARSANO and JEANNE BARSANO,<br><br>Debtors. | Chapter 11<br><br>Case No: 2:17-bk-11887-BKM<br><br>**NOTICE OF LODGING PROPOSED ORDER GRANTING DISCHARGE OF DEBTORS, ENTERING FINAL DECREE AND CLOSING CASE** |
|---|---|

**NOTICE IS HEREBY GIVEN THAT** pursuant to Rule 9022-1, Local Rules of Bankruptcy Procedure for the District of Arizona, the attached proposed Order Granting Discharge of Debtors, Entering Final Decree, and Closing Case was lodged with the United States Bankruptcy Court this date.

Dated April 30, 2020.

SCHNEIDER & ONOFRY, P.C.

By  /s/ *Brian N. Spector*
Brian N. Spector
365 E. Coronado Road
Phoenix, Arizona 85004
Attorneys for Debtors Barsano

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| In re:<br><br>EDWARD J. BARSANO and JEANNE BARSANO,<br><br>Debtors. | Chapter 11<br><br>Case No: 2:17-bk-11887-BKM<br><br>**ORDER GRANTING DISCHARGE OF DEBTORS, ENTERING FINAL DECREE, AND CLOSING CASE** |
|---|---|

This matter comes before the court pursuant to the Barsanos' Motion for Order Granting Discharge of Debtors, for Entry of Final Decree, and for Closure of Case (the "Motion")

Based on the entire record in this case, **THE COURT FINDS AND CONCLUDES** as follows:

1. The Barsanos' Chapter 11 Plan of Liquidation Dated March 28, 2019 (the "Plan") [Doc. No. 221], was confirmed on or about May 24, 2019. [Doc. No. 257.]

2. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§157 and 1334. Venue is proper pursuant to 28 U.S.C. §§1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2). The statutory basis for the relief requested includes 11 U.S.C. §350(a) and Fed. R. Bankr. P. 3022.

3. The Plan provides that the Barsanos shall be entitled to seek entry of an order discharging their debts on the terms set forth in Bankruptcy Code §1141(d)(5) are the proceeds of their liquidation are distributed.

4. The estate has been fully administered.

Good cause appearing, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

A. The Motion is granted.

B. The Barsanos are hereby granted a discharge pursuant to 11 U.S.C. §1141(d)(1) and (d)(5) from any and all debts that that arose prior to the Confirmation Date, with such discharge to be effective to the full extent provided under the Bankruptcy Code, including without limitation, 11 U.S.C. §524.

C. Any holder of a claim is hereby enjoined from asserting against the Barsanos or their assets any claim based upon any act, omission, transaction, or other activity that occurred prior to the Confirmation Date, except as otherwise provided in the Confirmed Plan.

D. The Scottsdale Lot, as defined in the Plan, is deemed abandoned. The secured creditor thereon shall be entitled to foreclose on the Scottsdale Lot in full satisfaction of its claim.

E. This Order constitutes entry of a final decree in this bankruptcy case.

F. This case is closed.

G. The post-confirmation status hearing set for May 5, 2020 at 11:00 a.m. is vacated.

**DATED AND SIGNED ABOVE.**