# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:                                    ) CASE NO. __2:17-bk-11887-BKM__
                                          )
Edward J. Barsano                         )
and Jeanne Barsano,                       )
                                          ) CH. 11 POST CONFIRMATION REPORT
                                          )
                                          )
                                          )       QUARTERLY    ✓ FINAL
                                          )
                                          )         (PLEASE CHECK)
                                          ) QUARTER ENDING: June 30, 2020[1]
                                          )
_____Debtor(s)_____) DATE PLAN CONFIRMED: _____

## SUMMARY OF DISBURSEMENTS:

A. Disbursements made under the plan, for current quarter:      $  7,117.81

B. Disbursements not under the plan, for current quarter:       $  1,750.00

                                 Total Disbursements            $  8,867.81

**ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.**

**PLEASE ANSWER THE FOLLOWING:**

1. What are your projections as to your ability to comply with the terms of the plan?

   __Compliance has occurred.__

2. Please describe any factors which may materially affect your ability to obtain a final decree.

   _____

3. If plan payments have not yet begun, please indicate the date that the first plan payment is due.

---

[1] This case is being closed earlier, however

## SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:

|  | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A. FEES AND EXPENSES:** | | | |
| 1. Disbursing Agent Compensation | $ | $ | $ |
| 2. Fee for Attorney for Trustee | $ | $ | $ |
| 3. Fee for Attorney for Debtor | $ | $ | $ |
| 4. Other Professionals | $ | $ | $ |
| 5. All Expenses, Including Disbursing Agent's | $ | $ | $ |
| **B. DISTRIBUTIONS:** | | | |
| 6. Secured Creditors | $ | $ 443,131.17 | $ 0.00 |
| 7. Priority Creditors | $ 325.00 | $ 47,142.19 | $ 0.00 |
| 8. Unsecured Creditors | $ 6,792.81 | $ 29,315.45 | $ 0.00 |
| 9. Equity Security Holders | $ | $ | $ |
| 10. Other Payments- Specify Class of Payee | $ | $ | $ |
|  | $ | $ | $ |
|  | $ | $ | $ |
| **TOTAL PLAN DISBURSEMENTS** | $ 7,117.81 | $ 519,588.81 | $ 0.00 |

(Report Sum of Lines 1 - 10, *current quarter column*, on page 1, A.)

C. Percent Dividend to be Paid to Unsecured Creditors Under Plan _____%

## SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:

| | Description of Property |
|---|---|
| **Secured Creditors** | Cash (as indicated above) and return of collateral |
| **Priority Creditors** | Cash as indicated above |
| **Unsecured Creditors** | Cash as indicated above |
| **Equity Security Holders** | |

**Other Transfers- Specify class of Transferee**

## CONSUMMATION OF PLAN:

If this is a final report, has an application for Final Decree been submitted?

__X__ Yes Date application was submitted?

_____ No Date when application will be submitted

Estimated Date of Final Payment Under Plan __5/1/2020__

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _[signature]_ DATE: __5/1/20__

__Edward Barsano__
(PRINT NAME)

3